1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GABRIELA SILVA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT ONE BANK, N.A., | Case No. 3:16-cv-00651-DMS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASES** |

Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

　　Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

　　Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

　　Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

　　Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

　　Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

　　Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

　　Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

　　Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

　　Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

　　Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

| | |
|---|---|
| 1 | And the following case to be dismissed **without prejudice:** |
| 2 |     Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB. |
| 3 |     **IT IS SO ORDERED.** |
| 4 | |
| 5 | Dated: March 20, 2019 |
| 6 | Hon. Dana M. Sabraw<br>United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:17cv2299 DMS (JMA)

-1-